**Alison M. Clark, OSB No. 080579**
**Attorney At Law**
**333 SW Taylor St. #300**
**Portland, OR  97204**
**Tel: (503) 888-8076**
**Email: tex@defenderclark.com**
**Attorney for Jonathan Ogden**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **In the Matter of the Seizure of Briefcase of Attorney Jonathan Ogden** | **Case No.25-MC-1424-YY** |

### MOTION TO DISMISS

Undersigned counsel on behalf of her client Jonathan Ogden moves to dismiss this case.

.

Respectfully submitted this 12th day of December, 2025.

/s/ Alison M. Clark

Alison M. Clark
Attorney At Law

**Page 1   MOTION TO DISMISS**